FILED: JULY 15, 2008
08CV3993
JUDGE CASTILLO
MAGISTRATE JUDGE KEYS
TG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case 08 CH 9841

**CE Design, Ltd., an Illinois corporation, individually and as the representative of a class of similarly-situated persons v. Amore Mio, Inc., an Illinois Corporation, and DOES 1-10**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

Amore Mio, Inc.

| | |
|---|---|
| SIGNATURE | [signature] |
| FIRM | **SMITHAMUNDSEN, LLC** |
| STREET ADDRESS | **150 NORTH MICHIGAN AVENUE, SUITE 3300** |
| CITY/STATE/ZIP | **CHICAGO, IL 60601** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6289608 | TELEPHONE NUMBER (312) 894-3200 |
| ARE YOU ACTING AS LEAD COUNEL IN THIS CASE? | YES / /   NO / x / |
| ARE YOU ACTING AS LOCAL COUNEL IN THIS CASE? | YES / /   NO / x / |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES / /   NO /x / |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES / /   NO /x / |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL / / | APPOINTED COUNSEL / / |