IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CE DESIGN LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, </br></br> Plaintiff, </br></br> v. </br></br> AMORE MIO, INC., an Illinois corporation, and DOES 1–10, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> No. 08 CV 3993 </br></br> Judge Castillo |

## NOTICE OF MOTION

TO:  Eric Samore
     SMITH AMUNDSEN, LLC
     150 N. Michigan Avenue, Suite 3300
     Chicago, IL  60601

PLEASE TAKE NOTICE that on July 29, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead, in Courtroom 2141 of the United States District Court, located at 219 S. Dearborn St., Chicago, Illinois, and then and there present *Plaintiff's Agreed Motion for Leave to File Amended Complaint Substituting John Pezl as Party Plaintiff instanter*, a copy of which is herewith served upon you.

                                                     s/Brian J. Wanca
                                                     One of the Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                     s/Brian J. Wanca

Brian J. Wanca                                       Phillip A. Bock
Ryan M. Kelly                                        BOCK & HATCH, LLC
ANDERSON + WANCA                                     134 N. LaSalle Street, Suite 1000
3701 Algonquin Road, Suite 760                       Chicago, IL  60602
Rolling Meadows, IL  60008                           Telephone:  312/658-5500
Telephone:  847/368-1500