## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3993 | **DATE** | 7/25/2008 |
| **CASE TITLE** | CE Design Ltd. Vs. Amore Mio, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion for leave to file amended complaint substituting John Pezl as party plaintiff, instanter [10] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|